AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Paul Miller, | ) | Case No. 13-6436-Hunt |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2013__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Amanda Detterline,, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 12, 2013

_____
*Judge's signature*

City and state: Ft. Lauderdale, Florida

Hon. Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant is Amanda L. Detterline, Special Agent (SA) with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have served in this position since March of 2009. I am currently assigned to the Miami Field Office of the FBI and I am a member of the Child Exploitation Task Force (CETF) in South Florida. The CETF's purpose is to implement the Department of Justice's "Innocence Lost" National Initiative. In that capacity, I have participated in several types of investigations involving crimes against children. Those investigations have included the use of surveillance techniques, undercover operations, interviewing subjects and witness, the execution of arrest warrants, and the execution of search and seizure warrants. I am an investigative or law enforcement officer of United States within the meaning of Title 18 United States Code, Section 2510(7). That is, I am an officer of United States, who is empowered by law to conduct investigations of, and make arrests for offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, et seq. Prior to my current assignment, I worked on Counterintelligence matters in the Miami Field Office of the FBI.

## PURPOSE OF THE AFFIDAVIT

2. This affidavit sets forth probable cause for a criminal complaint against Paul Miller (hereinafter "MILLER"), date of birth September 7, 1959, for the production, in violation of Title 18, United States Code, Sections 2251(a). The facts in this affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers and witnesses. Because this affidavit is being submitted for the

limited purpose of establishing probable cause in support of a criminal complaint, it does not include every fact known to me about this matter.

## **BACKGROUND FACTS**

3. On June 7, 2013, FBI Miami received information from Childnet on a missing fifteen (15) year old female, G.W. G.W.'s mother reported that G.W. was involved in human trafficking/child prostitution and being advertised, as an escort, on the website ExecutiveModels.net. G.W.'s mother indicated that her daughter's photographs were posted under the name "Courtney". A public/open source search was completed on the website ExecutiveModels.net. G.W. was pictured, fully nude in sexually explicit positions, on the website. There were multiple pictures of her fully naked. The contact telephone numbers for the company were 954-654-6340, 954-654-6341, and 954-654-6342. A public/open search of the domain name, ExecutiveModels.net, identified David Tier (hereinafter TIER) as the registered owner of ExecutiveModels.net hosted by GoDaddy.com. The address provided for TIER was 4205 NE 21 Avenue, Apt 3, Fort Lauderdale, FL. A search in Florida Driver and Vehicle Information Database (D.A.V.I.D.) confirmed that TIER, with a date of birth of 05/28/1968, resides at the 4205 NE 21st Avenue, #3, Fort Lauderdale, FL, 33308. I have been unable to identify any other residences or places have business associated to TIER.

4. The FBI Child Exploitation Task Force in South Florida attempted to recover G.W. at that time. ExecutiveModels.net was contacted by an undercover Broward County Sheriff's Office (BSO) Detective utilizing the above listed phone numbers in order to set-up a "date" with "Courtney". On one such occasion, a male answered the telephone and inquired with the undercover as to how he obtained the telephone number and who he was. The

undercover was then told that "Courtney" was unavailable but he could choose to see another girl. On a separate occasion, the undercover was told that "Courtney" was unavailable for the night and he should call back the following day.

5. On June 25, 2013, a tip was received by BSO, stating G.W. was seen at a fast food restaurant in the Parkland, Florida area. G.W. was recovered safely that afternoon at the fast food restaurant.

## II.   PROBABLE CAUSE

6. G.W. was interviewed and provided law enforcement officers the following information, among other information not recited below:

   a. G.W. ran away from the AESHA group home in Fort Lauderdale on or about April 20, 2013. She left the group home after being there for only two weeks. G.W. stated she stayed with friends for a period of time. G.W. stated she went to the Hard Rock Casino with her two friends, Heather and Richard.

   b. While at Hard Rock Casino, G.W. met a female named Ashley Applebaum directly outside the Hotel Casino by the taxi stands. G.W. was smoking marijuana. Applebaum approached G.W. and smoked the marijuana with her. Applebaum talked to G.W. about escorting and working for a guy named "Dave".

   c. A few days after meeting at the Hard Rock, Applebaum contacted G.W. on Facebook.com and asked her if she wanted to hang out. G.W. agreed to meet up with Applebaum. TIER drove APPLEBAUM to the location where G.W. was temporarily residing, picked G.W. up, and took her to room 201 of a hotel on highway US1, later identified as America's Best Inn and Suites located at 2935 N. Federal Highway, Fort Lauderdale, FL 33306. TIER was driving a white sports utility vehicle (SUV). TIER, APPLEBAUM, and G.W. drank

3

alcohol and smoked marijuana in the hotel room. TIER talked to G.W. about ExecutiveModels.net. That night, TIER had G.W. fill out an application for ExecutiveModels.net. G.W. stated she used a false name on the application and stated that she was 19 years of age. Although G.W. stated she was 19 years of age, based on my training and experience, I submit that G.W. looks her true age of 15 years. G.W. stated the application had a numerous lines of text with a space to initial after each paragraph. TIER had her initial at the end of each line. G.W. admitted that she did not read the lines, but rather just initialed after each line without reading. TIER asked G.W. for identification but G.W. stated she lost it. G.W. identified a photograph of David TIER, as the man she knew as "Dave."

   d. G.W. stated TIER carried a black computer bag with a computer inside. G.W. stated TIER had the applications for the escort company in his black computer bag. After filling out the application, TIER drove G.W. back to the location where she was temporarily residing.

   e. The following day, TIER picked G.W. up from where she was staying and brought her back to America's Best Inn and Suites. TIER took G.W. into Room 204. TIER explained he was going to take her to a photographer to take photographs of her to put up on his website, ExecutiveModels.net, but that he first needed to try her out before the pictures were posted on the website. TIER then had sexual intercourse with G.W. Afterwards, TIER took G.W. in his white SUV to a photographer.

   f. After arriving at the photographer's house, located near Interstate 595 and Flamingo road, G.W. saw TIER hand the photographer money for the photographs. G.W. recalled the location of the room where the photos were taken in the house and described the presence of professional photography equipment such as large cameras and lamps. Additionally, G.W. described the room as having a red carpet. G.W. recalls numerous photographs being

taken including one pose in which the photographer instructed her to lay on her side, completely nude, facing the camera while touching her vagina. Furthermore, G.W. recalls TIER remaining in the room while the photographs were taken.

  g. After G.W. posed for the nude pictures, the pictures were posted on the website, ExecutiveModels.net. G.W. stated that TIER gave her the name "Courtney".

  h. G.W. stated escort dates would call TIER and then TIER would call her to see if she was available. TIER would arrange the date and then pick G.W. up from wherever she was and take her to the America's Best Inn and Suites to have sex with customers for money. G.W. stated TIER would then call her when "John" was approaching the hotel room.

  i. G.W. explained that each prostitution client was charged $160, she was allowed to keep $100, and TIER would get $60. TIER instructed G.W. to get the money from the customer up-front and separate TIER's portion of the money on the table for him to get after the date was complete. Additionally, TIER explained several other rules to G.W. TIER required the girls to always keep themselves clean and always use condoms. TIER prohibited G.W. from smoking in the room prior to a prostitution date and from talking to other girls that worked for him.

  j. TIER stocked the hotel rooms with condoms for the girls to use during their dates with clients. TIER enforced clients' time limit by calling the clients on their cell phones when their time has elapsed. TIER provided G.W. with clothes and drugs. G.W. stated that she had approximately two (2) to three (3) dates each day and was with TIER for approximately four (4) to five (5) days. G.W. stated TIER continued to text her to get her to work for him.

  k. G.W. stated her first prostitution date for TIER was at a client's house. G.W. stated the client's name was "Doug" and described him as being short and fat. G.W. stated that

5

the remainders of her prostitution dates were at the America's Best Inn and Suites described above. G.W. stated that TIER paid for her to stay at the America's Best Inn and Suites close to Sample Road for a few nights. G.W. stated TIER had four (4) rooms at the America's Best Inn and Suites off of Oakland Park Boulevard, including rooms 201, 203, and 204.

7. Law enforcement conducted surveillance of TIER on 7/11/2013, 7/17/2013, 8/8/2013, and 8/15/2013. On one occasion, TIER was observed departing the his residence in a white SUV and arrived at the America's Best Inn and Suites, located at 2935 North Federal Highway, Fort Lauderdale, FL 33306. TIER carried what appeared to be a black in color laptop computer bag, from his vehicle to a hotel room on the second floor.

8. An Administrative Subpoena was issued to GoDaddy.com to obtain subscriber information for the website ExecutiveModels.net. The return information provided the website was created on January 7, 2010 and registered to David TIER, utilizing 4205 NE 21st Ave, #3, Fort Lauderdale, FL 33308, and e-mail address dtierus1@gmail.com. GoDaddy.com also provided several credit card numbers associated with TIER's GoDaddy.com account.

9. Executivemodels.net advertised on Backpage.com[1] looking for models to work for the company. The backpage.com advertisement listed the e-mail dtierus1@gmail.com as the contact e-mail address to send all pictures to with an interest in the company. The backpage.com advertisement stated "We also require your proof of age…meaning you must be 21 years of age or older and an emailed ID is required. We do not hire ladies under the age of 21." An Administrative Subpoena was issued to Backpage.com and the results indicated the account

---

[1] Backpage.com is an Internet site containing a collection of online resources, including classified ads, forums, and various e-mail services.

belonged to David TIER, utilizing 4205 NE 21st Avenue, #3, Fort Lauderdale, FL, 33308, email address dtierus1@gmail.com and various internet protocol (IP) addresses. There were numerous advertisements posted in numerous states including: Florida, Georgia, Alabama, Montana, Tennessee, Idaho, Texas, Massachusetts, Maryland, and Connecticut. From June 2012 through February 2013, TIER posted Backpage.com advertisements for several females, in various cities, including Ft. Lauderdale and Miami

10. An Administrative Subpoena was issued to Google Inc., for the e-mail address dtierus1@gmail.com. The account is subscribed to by David TIER, 4205 NE 21st Avenue, #3, Fort Lauderdale, FL, 33308, telephone number 954-654-6340.

11. An Administrative Subpoena was issued to T-Mobile for the telephone numbers 954-654-6340, 954-654-6341, 954-654-6342 and 954-681-0818. All four (4) telephone numbers are subscribed to David TIER, date of birth 5/28/1968, with 4205 NE 21st Avenue, #3, Fort Lauderdale, FL, 33308as his listed address.

12. Without any prompting or instruction from law enforcement, G.W. directly led law enforcement to the photographer's residence, 12531 SW 12th Street, Davie, FL 33325. Furthermore, G.W. viewed the photographs posted on ExecutiveModels.net and confirmed that they were indeed of her and that they were the photographs taken at the photographer's house. G.W. was shown a photographic line-up including the owner of the property Roy MILLER, date of birth 03/03/1925 (hereafter referred to a R.MILLER) and a separate photographic line-up including another resident, Paul MILLER, date of birth 09/07/1959 (hereafter referred to as P.MILLER). G.W. was unable to identify any of the people in either of the two photographic line-ups.

13. P.MILLER has been previously identified by law enforcement officers as a photographer for escorting websites. Open and public source searches show P.MILLER to own Paul Miller Productions, a photography business that shoots glamour and nude photography. The business is listed as inactive on sunbiz.org. P. MILLER does reside at the residence identified by the victim as the location where pornographic images of her were taken.

14. On September 11, 2013, a search warrant for TIER's residence, located at 4205 NE 21st Avenue, #3, Fort Lauderdale, FL, 33308 was authorized by the Honorable Patrick M. Hunt, United States Magistrate Judge, Southern District of Florida.

15. Also on September 11, 2013, a search warrant for P. MILLER's residence, located at 12531 S.W. 12th Street, Davie, FL, 33325 was authorized by the Honorable Patrick M. Hunt, United States Magistrate Judge, Southern District of Florida.

16. On September 12, 2013, law enforcement executed the search of TIER's residence. As a result of the search, law enforcement recovered a Nikon digital camera. The Nikon digital camera contained a SD memory card. The SD card contained several images of child pornography depicting G.W. fully nude, displaying her genitals in a lewd and lascivious manner. These pornographic images were reviewed on screen. The initial forensic examination of the images revealed that they were taken with a Canon camera. Additionally during the search, law enforcement recovered a laptop computer and the ExecutiveModels.net application G.W. completed. The laptop computer also contained the pornographic images of G.W.

17. Also on September 12, 2013, law enforcement executed a search of P. MILLER's residence located at 12531 SW 12th Street, Davie, FL 33325 and recovered a Canon digital camera. (P. Miller was read his Miranda rights and he agreed to speak to law enforcement after waiving his Miranda rights.) P. MILLER admitted that he took the photographs of G.W. described above, in his

8

home, at the request of TIER. MILLER stated that after taking the photographs of G.W., he gave them to TIER, in digital format, on an SD card.

## CONCLUSION

18.     Wherefore, for reasons set out herein, your affiant respectfully submits that there is probable cause to believe that P. MILLER did employ, use, persuade, induce, entice, and coerce a minor, that is, G.W. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a).

I declare under penalty of perjury that the information in this affidavit is true and correct.

_____
SPECIAL AGENT AMANDA DETTERLINE
FEDERAL BUREAU OF INVESTIGATION

SUBSCRIBED and SWORN to
before me this 12th day of ~~August~~ September in Fort Lauderdale, Florida.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA